IN THE SUPREME COURT OF NORTH CAROLINA

No. 122A16

Filed 21 December 2016

STATE OF NORTH CAROLINA

v.

DONALD LEE CURTIS


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 782 S.E.2d 522 (2016), finding no error after appeal from judgments entered on 12 March 2014 by Judge Ronald E. Spivey in Superior Court, Forsyth County. Heard in the Supreme Court on 11 October 2016.

*Roy Cooper, Attorney General, by Sherri Horner Lawrence, Assistant Attorney General, for the State.*

*Narendra K. Ghosh for defendant-appellant.*

PER CURIAM.


AFFIRMED.